UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edwin A. Ehlers,

    Petitioner,

v.

Patricia W. Smoot, US Parole Commissioner; Patricia K. Cushwa, US Parole Commissioner; Charles T. Massarone, US Parole Commissioner; and Michael Alberts, US Probation Officer,

    Respondents.

File No. 18-cv-01814 (ECT/LIB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

___

The Court has received the January 22, 2019 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. ECF No. 16. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 16] is **ACCEPTED**.

    2.    Petitioner is permitted to file an amended pleading, styled as a civil-rights complaint, within 30 days of this Order, on or before March 27, 2019.

    3.    If Petitioner files an amended complaint, he may also file an application to proceed *in forma pauperis* with his amended pleading.

4. The Clerk's Office is **DIRECTED** to supply Petitioner with a copy of the District's standard complaint template.

5. If Petitioner fails to file an amended pleading in the time permitted, the Petition for Writ of Habeas Corpus [ECF No. 1] will be denied without prejudice.

Dated: February 25, 2019

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court